UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 05-M55 |
| Plaintiff, | \* | |
| vs. | \* | FINDING OF PROBABLE CAUSE |
| JOSE JUAN BENITEZ-ANTONIO, a/k/a Secilio Damas, a/k/a Cecilio Damas | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the Court for a preliminary examination on Monday, October 31, 2005. The defendant appeared in person and by his counsel, Assistant Federal Public Defender Timothy Langley. The United States appeared by Assistant United States Attorney, John Ulrich.

Based upon the testimony of Kenneth Baird, Special Agent with the Department of Homeland Security, the court finds probable cause to believe that the defendant has committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 31st day of October, 2005.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By Shelley Marguiler , Deputy

(SEAL)